| | |
|---|---|
| 1 | Lester O. Brown, Bar No. 160828 |
|   | LBrown@perkinscoie.com |
| 2 | Thomas M. McMahon, Bar No. 106074 |
|   | TMcMahon@perkinscoie.com |
| 3 | James G. Bernald, Bar No. 205519 |
|   | JBernald@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|   | 1888 Century Park E., Suite 1700 |
| 5 | Los Angeles, CA  90067-1721 |
|   | Telephone:  310.788.9900 |
| 6 | Facsimile:  310.788.3399 |
| 7 | Attorneys for Plaintiffs |
|   | TRI MARINE INTERNATIONAL, INC.; TRI |
| 8 | MARINE INTERNATIONAL (PTE) LTD.; TRI |
|   | MARINE SPAIN, S.L., and TRI MARINE |
| 9 | INTERNATIONAL, S. DE R.L. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI MARINE INTERNATIONAL, INC., a Washington corporation; TRI MARINE INTERNATIONAL (PTE) LTD., a Singapore corporation; TRI MARINE SPAIN, S.L., a Spain limited liability company; and TRI MARINE INTERNATIONAL, S. DE R.L., a Panama limited liability company, | Case No. 13-CV-05662-RGK (Ex) |
| | **STIPULATION OF DISMISSAL** |
| | Judge:    Hon. R. Gary Klausner |
| Plaintiffs, | |
| v. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, | |
| Defendant. | |

STIPULATION OF DISMISSAL
13-CV-05662-RGK (Ex)

LEGAL\19421893\2

## STIPULATION OF DISMISSAL

WHEREAS, on June 16, 2014, Defendant Indemnity Insurance Company of North America ("IINA") and Plaintiffs Tri Marine International, Inc., Tri Marine International (Pte) Ltd., Tri Marine Spain, S.L., and Tri Marine International, S. De R.L. (collectively "Tri Marine") reached a settlement of this case.

WHEREAS, Tri Marine and IINA (collectively, the "Parties") have executed a settlement agreement and release (the "Settlement Agreement").

WHEREAS, IINA's Motion for Summary Judgment is set for hearing on June 30, 2014, and other case-related deadlines are rapidly approaching, *e.g.*, the last day for the Parties to file motions *in limine* is June 27, 2014, and the last day for the Parties to conduct the Meeting of Counsel before the final pretrial conference was June 18, 2014.

WHEREAS, the Parties may be unable to complete the obligations and duties required of them by the Settlement Agreement including, but not limited to, any payment contemplated by the Settlement Agreement or the dismissal of the case with prejudice before the hearing on IINA's Motion for Summary Judgment or any other case-related deadlines.

WHEREAS, the Parties have agreed to voluntarily dismiss the above-captioned case immediately, and without prejudice, in order to avoid wasting the Parties' or the Court's resources.

WHEREAS, the Parties request that the Court retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement.

WHEREAS, the Parties will file a Stipulation of Dismissal, with prejudice, at the time called for by the terms of the Settlement Agreement.

///

///

///

///

IT IS HEREBY STIPULATED by and between the Parties through their attorneys, that:

(1) This case is dismissed without prejudice; and

(2) The Court will retain jurisdiction over this case and the Parties for the sole purpose of enforcing the Settlement Agreement arising out of and directly relating to this case.

(3) The Parties will file a Stipulation of Dismissal, with prejudice, at the time called for by the terms of the Settlement Agreement.

IT IS SO STIPULATED.

DATED: June 23, 2014

**COZEN O'CONNER**

By: /s/ Amanda Lorenz (by permission)
        Amanda Lorenz

Attorneys for Defendant
Indemnity Insurance Company of North America

**PERKINS COIE LLP**

By: /s/ James G. Bernald
        James G. Bernald

Attorneys for Plaintiffs
Tri Marine International, Inc., et al.