| | |
|---|---|
| 1 | Lester O. Brown, Bar No. 160828 |
|   | LBrown@perkinscoie.com |
| 2 | Thomas M. McMahon, Bar No. 106074 |
|   | TMcMahon@perkinscoie.com |
| 3 | James G. Bernald, Bar No. 205519 |
|   | JBernald@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|   | 1888 Century Park East, Suite 1700 |
| 5 | Los Angeles, CA  90067-1721 |
|   | Telephone:  310.788.9900 |
| 6 | Facsimile:  310.788.3399 |
| 7 | Attorneys for Plaintiffs |
|   | TRI MARINE INTERNATIONAL, INC.; TRI |
| 8 | MARINE INTERNATIONAL (PTE) LTD.; TRI |
|   | MARINE SPAIN, S.L., and TRI MARINE |
| 9 | INTERNATIONAL, S. DE R.L. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI MARINE INTERNATIONAL, INC., a Washington corporation; TRI MARINE INTERNATIONAL (PTE) LTD., a Singapore corporation; TRI MARINE SPAIN, S.L., a Spain limited liability company; and TRI MARINE INTERNATIONAL, S. DE R.L., a Panama limited liability company, | Case No. 13-CV-05662-RGK (Ex) |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | **[FRCP 41(a)(1)]** |
| | Judge:    Hon. R. Gary Klausner |
| Plaintiffs, | |
| v. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, | |
| Defendant. | |

LEGAL\19421893\2

# STIPULATION OF DISMISSAL

WHEREAS, on June 23, 2014, Defendant Indemnity Insurance Company of North America ("IINA") and Plaintiffs Tri Marine International, Inc., Tri Marine International (Pte) Ltd., Tri Marine Spain, S.L., and Tri Marine International, S. De R.L. (collectively "Tri Marine") filed a stipulation of dismissal without prejudice in this case.

WHEREAS, Tri Marine and IINA (collectively, the "Parties") filed the dismissal without prejudice so that the Parties could have additional time to fulfill the remaining terms of the settlement agreement and release ("Settlement Agreement") without wasting the Parties' and the Court's time and resources.

WHEREAS, the Parties have fulfilled the remaining terms required of them by the settlement agreement and release ("Settlement Agreement") to file a dismissal with prejudice in this case.

IT IS HEREBY STIPULATED by and between the Parties through their attorneys that this case is dismissed with prejudice and without costs.

IT IS SO STIPULATED.

DATED: July 22, 2014

**COZEN O'CONNER**

By: /s/ Amanda Lorenz (by permission)
       Amanda Lorenz

Attorneys for Defendant
Indemnity Insurance Company of North America

**PERKINS COIE LLP**

By: /s/ James G. Bernald
       James G. Bernald

Attorneys for Plaintiffs
Tri Marine International, Inc., et al.